

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-19-00524-CV

**IN THE INTEREST OF M.R.D.**, J.A.D., and A.M.A.

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-PA-02024
Honorable Charles E. Montemayor, Associate Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's order terminating appellants' parental rights is AFFIRMED. No costs of appeal are assessed against appellants.

SIGNED February 19, 2020.

Liza A. Rodriguez, Justice